Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efstriallaw.com
Email: dgutke@efstriallaw.com

Reuben H. Chen (*pro hac vice* to be filed)
Juan Pablo Gonzalez (*pro hac vice* to be filed)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: rchen@cooley.com
Email: jgonzalez@cooley.com

Erik B. Milch (*pro hac vice* to be filed)
**COOLEY LLP**
11951 Freedom Drive, 14th Floor
Reston Town Center
Reston, Virginia 20190-5656
Telephone: 703-456-8000
Facsimile: 703-456-8100
Email: emilch@cooley.com

*Attorneys for Defendant TAWK.TO, INC.*

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| LIVEHELPNOW, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TAWK.TO, INC.,<br><br>        Defendant. | **Case No. 2:23-cv-00667-APG-VCF**<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TAWK.TO., INC. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LiveHelpNow, LLC and Defendant tawk.to, Inc., through their respective counsel, that the time for Defendant tawk.to, Inc. to respond to the complaint is extended from May 25, 2023 to June 26, 2023.  This

stipulation is submitted at the earliest opportunity as local counsel for defendant was retained on today's date.  This extension request is the first regarding the subject deadline.

Defendant requested this extension from Plaintiff as necessary to provide Defendant additional time to evaluate the allegation in the Complaint.  Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including June 26, 2023 for Defendant tawk.to, Inc. to respond to the Complaint.

Dated:  May 26, 2023.

| EVANS FEARS & SCHUTTERT LLP | DICKENSON WRIGHT PLLC |
|---|---|
| /s/ David W. Gutke<br>Chad R. Fears, Esq. (SBN 6970)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, Nevada 89119<br><br>Reuben H. Chen (*pro hac vice* to be filed)<br>Juan Pablo Gonzalez (*pro hac* to be filed)<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, California 94304-1130<br><br>Erik B. Milch (*pro hac* to be filed)<br>**COOLEY LLP**<br>11951 Freedom Drive, 14th Floor<br>Reston Town Center<br>Reston, Virginia 20190-5656<br><br>*Attorneys for Defendant TAWK.TO, INC.* | /s/ Stanislav Torgovitsky<br>John L. Krieger, Esq. (SBN 6023)<br>Michael Neal Feder, Esq. (SBN 7332)<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br><br>Stanislav Torgovitsky (*pro hac vice* pending)<br>**DICKENSON WRIGHT PLLC**<br>1825 Eye Street, N.W., Suite 900<br>Washington, DC 20006<br><br>*Attorneys for Plaintiff LiveHelpNow, LLC* |

**ORDER**

**IT IS SO ORDERED**.

~~UNITED STATES DISTRICT COURT JUDGE/~~
UNITED STATES MAGISTRATE JUDGE

DATED: 5-31-2023

CASE NO.: 2:23-CV-00667-APG-VCF

2


1

**CERTIFICATE OF SERVICE**

2

I hereby certify that a true and correct copy of **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TAWK.TO., INC. TO RESPOND TO COMPLAINT (FIRST REQUEST)** was served on counsel of record this 26th day of May, 2023, using the Court's CM/ECF System.

3

4

5

                            */s/ Faith Radford*
                      An Employee of Evans Fears & Schuttert LLP

3