Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efstriallaw.com
Email: dgutke@efstriallaw.com

Reuben H. Chen (*pro hac vice* to be filed)
Juan Pablo Gonzalez (*pro hac vice* to be filed)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: rchen@cooley.com
Email: jgonzalez@cooley.com

Erik B. Milch (*pro hac vice* to be filed)
**COOLEY LLP**
11951 Freedom Drive, 14th Floor
Reston Town Center
Reston, Virginia 20190-5656
Telephone: 703-456-8000
Facsimile: 703-456-8100
Email: emilch@cooley.com

*Attorneys for Defendant TAWK.TO, INC.*

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| LIVEHELPNOW, LLC, | Case No. 2:23-cv-00667-APG-VCF |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TAWK.TO., INC. TO RESPOND TO COMPLAINT** |
| v. | |
| TAWK.TO, INC., | **(SECOND REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LiveHelpNow, LLC and Defendant tawk.to, Inc., through their respective counsel, that the time for Defendant tawk.to, Inc. to respond to the complaint is extended from June 26, 2023 to July 26, 2023.  This

1    stipulation is submitted in light of ongoing discussions between the parties as to potential

2    resolution. This is the second extension request regarding the subject deadline. The Court

3    previously approved an extension from May 25, 2023 to June 26, 2023 in its Order dated May 31,

4    2023 (ECF No. 9).

5        Defendant requested this extension from Plaintiff as necessary to provide Defendant

6    additional time to evaluate possible resolution. Accordingly, for good cause showing, the parties

7    have agreed to an extension of time, up to and including July 26, 2023 for Defendant tawk.to, Inc.

8    to respond to the Complaint.

9        Dated: June 23, 2023.

**EVANS FEARS & SCHUTTERT LLP**      **DICKINSON WRIGHT PLLC**

*/s/ Chad R. Fears*              */s/ Michael N. Feder*
Chad R. Fears, Esq. (SBN 6970)      Michael N. Feder, Esq. (SBN 7332)
David W. Gutke, Esq. (SBN 9820)     John L. Krieger, Esq. (SBN 6023)
6720 Via Austi Parkway, Suite 300    3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89119          Las Vegas, Nevada 89169

Reuben H. Chen (*pro hac vice* to be filed)    Stanislav Torgovitsky (*pro hac vice* pending)
Juan Pablo Gonzalez (*pro hac* to be filed)    **DICKINSON WRIGHT PLLC**
**COOLEY LLP**                 1825 Eye Street, N.W., Suite 900
3175 Hanover Street            Washington, DC 20006
Palo Alto, California 94304-1130

Erik B. Milch (*pro hac* to be filed)      *Attorneys for Plaintiff LiveHelpNow, LLC*
**COOLEY LLP**
11951 Freedom Drive, 14th Floor
Reston, Virginia 20190-5656
*Attorneys for Defendant TAWK.TO, INC.*

## ORDER

     **IT IS SO ORDERED**.

~~UNITED STATES DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: _6-30-2023_____

CASE NO.: 2:23-CV-00667-APG-VCF

2