Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MNCULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
Email: cfears@efstriallaw.com
Email: dgutke@efstriallaw.com

Reuben H. Chen (*pro hac vice* filed)
Juan Pablo Gonzalez (*pro hac vice* filed)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: rchen@cooley.com
Email: jgonzalez@cooley.com

*Attorneys for Defendant TAWK.TO, INC.*

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| LIVEHELPNOW, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TAWK.TO, INC.,<br><br>　　　　　Defendant. | **Case No. 2:23-cv-00667-APG-VCF**<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TAWK.TO., INC. TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LiveHelpNow, LLC and Defendant tawk.to, Inc., through their respective counsel, that the time for Defendant tawk.to, Inc. to respond to the complaint is extended from July 26, 2023 to August 25, 2023. This stipulation is submitted in light of ongoing discussions between the parties as to potential resolution. This extension request is the third regarding the subject deadline.

Defendant requested this extension from Plaintiff as necessary to provide Defendant additional time to evaluate possible resolution. Accordingly, for good cause showing, the parties

have agreed to an extension of time, up to and including August 25, 2023 for Defendant tawk.to, Inc. to respond to the Complaint.

Dated:  July 25, 2023.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MNCULTY MICKUS** | **DICKINSON WRIGHT PLLC** |
| */s/ David W. Gutke* <br> Chad R. Fears, Esq. (SBN 6970) <br> David W. Gutke, Esq. (SBN 9820) <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, Nevada 89119 | */s/ Michael N. Feder* <br> Michael N. Feder, Esq. (SBN 7332) <br> John L. Krieger, Esq. (SBN 6023) <br> 3883 Howard Hughes Parkway, Suite 800 <br> Las Vegas, Nevada 89169 |
| Reuben H. Chen (*pro hac vice* filed) <br> Juan Pablo Gonzalez (*pro hac vice* filed) <br> **COOLEY LLP** <br> 3175 Hanover Street <br> Palo Alto, California 94304-1130 | Stanislav Torgovitsky (*pro hac vice* pending) <br> **DICKINSON WRIGHT PLLC** <br> 1825 Eye Street, N.W., Suite 900 <br> Washington, DC 20006 |
| *Attorneys for Defendant TAWK.TO, INC.* | *Attorneys for Plaintiff LiveHelpNow, LLC* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED:

_____7/25/23_____

CASE NO.: 2:23-CV-00667-APG-VCF