Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efsmmlaw.com
Email: dgutke@efsmmlaw.com

Reuben H. Chen (*pro hac vice* filed)
Juan Pablo Gonzalez (*pro hac vice* filed)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: rchen@cooley.com
Email: jgonzalez@cooley.com

*Attorneys for Defendant TAWK.TO, INC.*

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| LIVEHELPNOW, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>TAWK.TO, INC.,<br><br>          Defendant. | **Case No. 2:23-cv-00667-APG-VCF**<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TAWK.TO., INC. TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LiveHelpNow, LLC and Defendant tawk.to, Inc., through their respective counsel, that the time for Defendant tawk.to, Inc. to respond to the complaint is extended from August 25, 2023 to September 25, 2023. This stipulation is submitted in light of ongoing discussions between the parties as to potential resolution.  This extension request is the fourth regarding the subject deadline.

Defendant and Plaintiff jointly request this extension to provide additional time for Plaintiff to disclose materials subject to third party confidentiality that are relevant to the evaluation of possible resolution.  Accordingly, for good cause showing, the parties have agreed to an extension

of time, up to and including September 25, 2023 for Defendant tawk.to, Inc. to respond to the Complaint.

Dated: August 23, 2023.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MCCULTY MICKUS** | **DICKINSON WRIGHT PLLC** |
| /s/ David W. Gutke | /s/ Michael N. Feder |
| Chad R. Fears, Esq. (SBN 6970) | Michael N. Feder, Esq. (SBN 7332) |
| David W. Gutke, Esq. (SBN 9820) | John L. Krieger, Esq. (SBN 6023) |
| 6720 Via Austi Parkway, Suite 300 | 3883 Howard Hughes Parkway, Suite 800 |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89169 |
| Reuben H. Chen (*pro hac vice* filed) | Stanislav Torgovitsky (*pro hac vice* pending) |
| Juan Pablo Gonzalez (*pro hac vice* filed) | **DICKINSON WRIGHT PLLC** |
| **COOLEY LLP** | 1825 Eye Street, N.W., Suite 900 |
| 3175 Hanover Street | Washington, DC 20006 |
| Palo Alto, California 94304-1130 | |
| | *Attorneys for Plaintiff LiveHelpNow, LLC* |
| *Attorneys for Defendant TAWK.TO, INC.* | |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: August 29, 2023

CASE NO.: 2:23-CV-00667-APG-VCF

2