**DICKINSON WRIGHT PLLC**
Michael Neal Feder, Esq. (SBN 7332)
John L. Krieger, Esq. (SBN 6023)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone: 702-550-4440
Facsimile: 844-670-6009
Email: MFeder@dickinsonwright.com
Email: JKrieger@dickinson-wright.com

Stanislav Torgovitsky (*pro hac vice* pending)
1825 Eye Street, N.W., Suite 900
Washington, DC 20006
Telephone: 202-659-6925
Facsimile: 844-670-6009
Email: STorgovitsky@dickinsonwright.com

*Attorneys for Plaintiff LiveHelpNow, LLC.*

.

**EVANS FEARS SCHUTTERT MNCULTY MICKUS**
Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efsmmlaw.com
Email: dgutke@efsmmlaw.com

**COOLEY LLP**
Reuben H. Chen (*pro hac vice* filed)
Juan Pablo González (*pro hac vice* filed)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: rchen@cooley.com
Email: jgonzalez@cooley.com

*Attorneys for Defendant TAWK.TO, INC.*

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| LIVEHELPNOW, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TAWK.TO, INC.,<br><br>    Defendant. | **Case No. 2:23-cv-00667-APG-VCF**<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TAWK.TO., INC. TO RESPOND TO COMPLAINT**<br><br>**(SIXTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LiveHelpNow, LLC and Defendant tawk.to, Inc., through their respective counsel, that the time for Defendant tawk.to, Inc. to respond to the complaint is extended from October 25,2023 to November 27, 2023. This stipulation is submitted in light of ongoing discussions between the parties as to potential resolution and not for the purpose of delay.  This extension request is the sixth regarding the subject deadline.

/ / /

Defendant and Plaintiff jointly request this extension to provide additional time for the parties to evaluate information exchanged that is relevant to possible resolution. Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including November 27, 2023 for Defendant tawk.to, Inc. to respond to the Complaint.

Dated: October 25, 2023.

| EVANS FEARS SCHUTTERT MNCULTY MICKUS | DICKINSON WRIGHT PLLC |
|---|---|
| /s/ David W. Gutke<br>Chad R. Fears, Esq. (SBN 6970)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, Nevada 89119<br><br>Reuben H. Chen (*pro hac vice* filed)<br>Juan Pablo González (*pro hac vice* filed)<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, California 94304-1130<br><br>*Attorneys for Defendant TAWK.TO, INC.* | /s/ Michael Neal Feder<br>Michael Neal Feder, Esq. (SBN 7332)<br>John L. Krieger, Esq. (SBN 6023)<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br><br>Stanislav Torgovitsky (*pro hac vice* pending)<br>**DICKINSON WRIGHT PLLC**<br>1825 Eye Street, N.W., Suite 900<br>Washington, DC 20006<br><br>*Attorneys for Plaintiff LiveHelpNow, LLC* |

**ORDER**

**IT IS SO ORDERED**.

~~UNITED STATES DISTRICT JUDGE/~~ UNITED STATES MAGISTRATE JUDGE

DATED: 10-26-2023

CASE NO.: 2:23-CV-00667-APG-VCF

2