| | |
|---|---|
| **DICKINSON WRIGHT PLLC**<br>Michael N. Feder, Esq. (SBN 7332)<br>John L. Krieger, Esq. (SBN 6023)<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br>Telephone: 702-550-4440<br>Facsimile: 844-670-6009<br>Email: MFeder@dickinsonwright.com<br>Email: JKrieger@dickinson-wright.com<br><br>Stanislav Torgovitsky (*pro hac vice* filed)<br>1825 Eye Street, N.W., Suite 900<br>Washington, DC 20006<br>Telephone: 202-659-6925<br>Facsimile: 844-670-6009<br>Email: STorgovitsky@dickinsonwright.com<br><br>*Attorneys for Plaintiff LiveHelpNow, LLC.*<br><br>. | **EVANS FEARS SCHUTTERT MCNULTY MICKUS**<br>Chad R. Fears, Esq. (SBN 6970)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, Nevada 89119<br>Telephone: 702-805-0290<br>Facsimile: 702-805-0291<br>Email: cfears@efsmmlaw.com<br>Email: dgutke@efsmmlaw.com<br><br>**COOLEY LLP**<br>Reuben H. Chen (*pro hac vice* filed)<br>Juan Pablo González (*pro hac vice* filed)<br>3175 Hanover Street<br>Palo Alto, California 94304-1130<br>Telephone: 650-843-5000<br>Facsimile: 650-849-7400<br>Email: rchen@cooley.com<br>Email: jgonzalez@cooley.com<br><br>*Attorneys for Defendant TAWK.TO, INC.* |

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| LIVEHELPNOW, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TAWK.TO, INC.,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00667-APG-BNW<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TAWK.TO., INC. TO RESPOND TO COMPLAINT**<br><br>**(TENTH REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LiveHelpNow, LLC and Defendant tawk.to, Inc., through their respective counsel, that the time for Defendant tawk.to, Inc. to respond to the complaint is extended from February 26, 2024 to March 26, 2024. This stipulation is submitted in light of continuing discussions between the parties as to potential resolution. This extension request is the tenth regarding the subject deadline.

　　　　Defendant and Plaintiff jointly request this extension to provide additional time for the parties to evaluate information and terms recently exchanged amid continuing discussions between

the parties as to possible resolution. Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including March 26, 2024 for Defendant tawk.to, Inc. to respond to the Complaint.

Dated: February 21, 2024.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MNCULTY MICKUS** | **DICKINSON WRIGHT PLLC** |
| */s/ David W. Gutke* <br> Chad R. Fears, Esq. (SBN 6970) <br> David W. Gutke, Esq. (SBN 9820) <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, Nevada 89119 | */s/ Michael N. Feder* <br> Michael N. Feder, Esq. (SBN 7332) <br> John L. Krieger, Esq. (SBN 6023) <br> 3883 Howard Hughes Parkway, Suite 800 <br> Las Vegas, Nevada 89169 |
| Reuben H. Chen (*pro hac vice* filed) <br> Juan Pablo González (*pro hac vice* filed) <br> **COOLEY LLP** <br> 3175 Hanover Street <br> Palo Alto, California 94304-1130 | Stanislav Torgovitsky (*pro hac vice* filed) <br> **DICKINSON WRIGHT PLLC** <br> 1825 Eye Street, N.W., Suite 900 <br> Washington, DC 20006 |
| *Attorneys for Defendant TAWK.TO, INC.* | *Attorneys for Plaintiff LiveHelpNow, LLC* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: 2/22/2024 _____

CASE NO.: 2:23-CV-00667-APG-BNW

2