| | |
|---|---|
| **DICKINSON WRIGHT PLLC**<br>Michael N. Feder, Esq. (SBN 7332)<br>John L. Krieger, Esq. (SBN 6023)<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br>Telephone: 702-550-4440<br>Facsimile: 844-670-6009<br>Email: MFeder@dickinsonwright.com<br>Email: JKrieger@dickinson-wright.com<br><br>Stanislav Torgovitsky (*pro hac vice* filed)<br>1825 Eye Street, N.W., Suite 900<br>Washington, DC 20006<br>Telephone: 202-659-6925<br>Facsimile: 844-670-6009<br>Email: STorgovitsky@dickinsonwright.com<br><br>*Attorneys for Plaintiff LiveHelpNow, LLC.*<br>. | **EVANS FEARS SCHUTTERT MNCULTY MICKUS**<br>Chad R. Fears, Esq. (SBN 6970)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, Nevada 89119<br>Telephone: 702-805-0290<br>Facsimile: 702-805-0291<br>Email: cfears@efstmmlaw.com<br>Email: dgutke@efsmmlaw.com<br><br>**COOLEY LLP**<br>Reuben H. Chen (*pro hac vice* filed)<br>Juan Pablo González (*pro hac vice* filed)<br>3175 Hanover Street<br>Palo Alto, California 94304-1130<br>Telephone: 650-843-5000<br>Facsimile: 650-849-7400<br>Email: rchen@cooley.com<br>Email: jgonzalez@cooley.com<br><br>*Attorneys for Defendant TAWK.TO, INC.* |

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| LIVEHELPNOW, LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>TAWK.TO, INC.,<br><br>                    Defendant. | Case No. 2:23-cv-00667-APG-BNW<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TAWK.TO., INC. TO RESPOND TO COMPLAINT**<br><br>**(THIRTEENTH AND FINAL REQUEST)** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LiveHelpNow, LLC and Defendant tawk.to, Inc., through their respective counsel, that the time for Defendant tawk.to, Inc. to respond to the complaint is extended from May 27, 2024 to June 26, 2024. This extension request is the thirteenth regarding the subject deadline. Notably, in its April 23, 2024 order, the Court advised that "absent extenuating circumstances" there would be no further extensions of Defendant's responsive pleading deadline (ECF No. 41). Here, the parties' respectfully request a final extension as they have reached an agreement in principle to resolve this

matter and are in the process of finalizing the agreement before moving to dismiss. Accordingly, for good cause showing and given the extenuating circumstances noted above, the parties have agreed to a final extension of time, up to and including June 26, 2024 for Defendant tawk.to, Inc. to respond to the Complaint.

Dated: May 23, 2024.

**EVANS FEARS SCHUTTERT MNCULTY MICKUS**

/s/ David W. Gutke
Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119

Reuben H. Chen (*pro hac vice* filed)
Juan Pablo González (*pro hac vice* filed)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, California 94304-1130

*Attorneys for Defendant TAWK.TO, INC.*

**DICKINSON WRIGHT PLLC**

/s/ Michael N. Feder
Michael N. Feder, Esq. (SBN 7332)
John L. Krieger, Esq. (SBN 6023)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169

Stanislav Torgovitsky (*pro hac vice* filed)
**DICKINSON WRIGHT PLLC**
1825 Eye Street, N.W., Suite 900
Washington, DC 20006

*Attorneys for Plaintiff LiveHelpNow, LLC*

**ORDER**

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: 5/24/2024

CASE NO.: 2:23-CV-00667-APG-BNW

2