| | |
|---|---|
| **DICKINSON WRIGHT PLLC**<br>Michael N. Feder, Esq. (SBN 7332)<br>John L. Krieger, Esq. (SBN 6023)<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br>Telephone: 702-550-4440<br>Facsimile: 844-670-6009<br>Email: MFeder@dickinsonwright.com<br>Email: JKrieger@dickinson-wright.com<br><br>Stanislav Torgovitsky (*pro hac vice* filed)<br>1825 Eye Street, N.W., Suite 900<br>Washington, DC 20006<br>Telephone: 202-659-6925<br>Facsimile: 844-670-6009<br>Email: STorgovitsky@dickinsonwright.com<br><br>*Attorneys for Plaintiff LiveHelpNow, LLC.* | **EVANS FEARS SCHUTTERT MNCULTY MICKUS**<br>Chad R. Fears, Esq. (SBN 6970)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, Nevada 89119<br>Telephone: 702-805-0290<br>Facsimile: 702-805-0291<br>Email: cfears@efsmmlaw.com<br>Email: dgutke@efsmmlaw.com<br><br>**COOLEY LLP**<br>Reuben H. Chen (*pro hac vice* filed)<br>Juan Pablo González (*pro hac vice* filed)<br>3175 Hanover Street<br>Palo Alto, California 94304-1130<br>Telephone: 650-843-5000<br>Facsimile: 650-849-7400<br>Email: rchen@cooley.com<br>Email: jgonzalez@cooley.com<br><br>*Attorneys for Defendant TAWK.TO, INC.* |

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| LIVEHELPNOW, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>TAWK.TO, INC.,<br><br>       Defendant. | **Case No. 2:23-cv-00667-APG-BNW**<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff LiveHelpNow, LLC has agreed to dismiss the claims and causes of action brought against Defendant tawk.to, Inc.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendant, that Plaintiff's claims are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 26, 2024.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MNCULTY MICKUS** | **DICKINSON WRIGHT PLLC** |
| */s/ David W. Gutke* <br> Chad R. Fears, Esq. (SBN 6970) <br> David W. Gutke, Esq. (SBN 9820) <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, Nevada 89119 | */s/ Stanislav Torgovitsky* <br> Michael N. Feder, Esq. (SBN 7332) <br> John L. Krieger, Esq. (SBN 6023) <br> 3883 Howard Hughes Parkway, Suite 800 <br> Las Vegas, Nevada 89169 |
| Reuben H. Chen (*pro hac vice* filed) <br> Juan Pablo González (*pro hac vice* filed) <br> **COOLEY LLP** <br> 3175 Hanover Street <br> Palo Alto, California 94304-1130 | Stanislav Torgovitsky (*pro hac vice* filed) <br> **DICKINSON WRIGHT PLLC** <br> 1825 Eye Street, N.W., Suite 900 <br> Washington, DC 20006 |
| *Attorneys for Defendant TAWK.TO, INC.* | *Attorneys for Plaintiff LiveHelpNow, LLC* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: June 28, 2024

CASE NO.: 2:23-CV-00667-APG-BNW

2